UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRAHAM,<br><br>    Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>    Respondent. | 1:18-cv-00327 SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND<br><br>(Doc. 1) |

Petitioner, Kenneth Graham, a federal prisoner proceeding pro se, filed a habeas corpus action pursuant to 28 U.S.C. § 2241 on March 8, 2018. Petitioner is challenging the constitutionality of his sentence. Petitioner was convicted in Baltimore City, Maryland, which is in the District of Maryland.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). The District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

1

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the District of Maryland.

IT IS SO ORDERED.

Dated: **March 13, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE